**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**

In re:   Edward Ronald Wade                                    Case # 22-60936
         Debtor                                                 Chapter 13

### DEBTOR'S MOTION TO VOLUNTARILY DISMISS CHAPTER 13 CASE

The debtor, Edward Ronald Wade, through his attorney, moves to dismiss his Chapter 13 case pursuant to Bankruptcy Code Sec. 1307(b), and in support thereof respectfully represents:

1. The Debtor filed a Chapter 13 case on September 15, 2022.
2. This case has not been previously converted from another Chapter.
3. The Debtor wishes to dismiss his case, and Bankruptcy Code Sec. 1307(b) grants the debtor the absolute right to do so.

WHEREFORE, the Debtor respectfully requests that the Court enter an order dismissing the Debtor's Chapter 13 case.

DATE: November 4, 2022                    Respectfully submitted,

/s/ William Harville
William Harville, VSB# 19802
Attorney for the Debtor
327 W Main St, #3
Charlottesville, VA  22903
Tel: 434.483.570    Fax: 434.448.0800
william@vabklaw.com

### CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of November, 2022, I have provided a copy of the foregoing Motion to Dismiss, via the CM/ECF system or by first-class, postage paid mail, to all creditors listed on the Court's mailing matrix who have requested notices, the Chapter 13 trustee, and the United States Trustee.

/s/ William Harville
William Harville