**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**LYNCHBURG/HARRISONBURG/CHARLOTTESVILLE DIVISION**

IN RE: **LOTTIE SHAVER**                                     CHAPTER 13
       **JEFFREY SHAVER**                                    CASE NO. **18-60657**

SS #   **XXX-XX-4701**
       **XXX-XX-1339**

         Debtor(s)

**ORDER DIRECTING PAYMENT OF FUNDS TO CHAPTER 13 TRUSTEE**
*(Automatic Payment From Employer)*

The above-named Debtor(s) filed a Chapter 13 petition on APRIL 4, 2018, hereupon subjecting wages and property of the Debtor wheresoever situated, while this case is pending, to the jurisdiction of this Court.

Pursuant to 11 U.S.C. Section 1326(a)(1), it is

O R D E R E D:

That **REGION TEN COMMUNITY SERVICES BOARD, 500 Old Lynchburg Road, Charlottesville, VA 22903**, employer of Debtor, is hereby directed to pay to the duly appointed Trustee the sum of **$305.61/month**, commencing with the next pay period on or before **JUNE 30, 2018.** All payments should be made payable to *HERBERT L. BESKIN, TRUSTEE, P. O. BOX 1961, Memphis, TN 38101-1961* *(tel: (434) 817-9913)*,

Such employer is directed to withhold said sum from the Debtor's wages, after deducting the amount necessary to pay withholding and social security taxes, pensions, hospitalization, retirement funds, and union dues, if any, and to forward said sum to the Trustee. The sum may be accumulated and remitted monthly to the Trustee, all pursuant to 11 U.S.C. Section 1325 (b).

Copies of this order are directed to be mailed to the Debtor(s), counsel for the Debtor(s), the Trustee, and to the Debtor(s) employer.

DATED: ___June 12, 2018___

Prepared by:                                                 _/s/ Rebecca B Connelly_
                                                             U. S. Bankruptcy Judge

_/s/William Harville_____
Attorney's Name

FORM 002-2; 07/10/2008