

**SIGNED** January 11, 2023
**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

*Rebecca B. Connelly*
Rebecca B. Connelly
UNITED STATES BANKRUPTCY JUDGE

## UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| **In re: Dennis Edward Kocik** | **CASE NO. 22–60670** |
| **Debtor(s)** | **CHAPTER 13** |

### ORDER DISMISSING CASE

For the reasons set forth in the Notice or Motion, and for good cause shown, it is

O R D E R E D

that the above case(s) and all related <u>pending</u> motions and adversary proceedings arising therein, unless on appeal, be, and the same hereby are, dismissed.

It is further

O R D E R E D

that upon the trustee filing a final report herein, the same shall be deemed approved without further order, trustee's bond shall be released and the trustee shall be discharged from further liability herein unless proper objection is made to said final report within thirty (30) days after filing of same or such extended time as may be granted upon proper application made within said thirty (30) day period. <u>If the Discharge Order has been issued, the same is recinded.</u>

If the case is a Chapter 13 case, it is further

O R D E R E D

that the employer, if heretofore ordered to do so, shall cease making deductions from debtor(s)' wages to be paid to the trustee. In the alternative, if the debtor(s) established electronic payments to be paid to the trustee, the debtor or the trustee, if able, should immediately cease all future scheduled payments, if any.

Service of a copy of this Order shall be by mail to the debtor(s), attorney for the debtor(s), trustee, employer, if applicable, U.S. Trustee, and all parties on the current mailing matrix.

van02

**\*\*END OF ORDER\*\***

United States Bankruptcy Court
Western District of Virginia

In re:                                                        Case No. 22-60670-rbc
Dennis Edward Kocik                                           Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0423-6                    User: admin                              Page 1 of 3
Date Rcvd: Jan 11, 2023                 Form ID: van02                     Total Noticed: 44

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 13, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Dennis Edward Kocik, 231 Colonnade Drive, #6, Charlottesville, VA 22903-4913 |
| ust | | B. Webb King, Office of the United States Trustee, 210 First Street, Suite 505, Roanoke, VA 24011-1620 |
| 5087454 | + | Comenitycapital/Nflvs, Po Box 182120, Columbus, OH 43218-2120 |
| 5100941 | ++ | DELL FINANCIAL SERVICES, P O BOX 81577, AUSTIN TX 78708-1577 address filed with court:, Dell Financial Services, LLC, Resurgent Capital Services, PO Box 10390, Greenville, SC 29603-0390 |
| 5104466 | + | Primary Residential Mortgage, Orlans PC, PO Box 2548, Leesburg, VA 20177-7754 |
| 5087466 | + | Syncb/Vrzn, Po Box 965015, Orlando, FL 32896-5015 |
| 5087467 | + | Td Bank Na, Po Box 1448, Greenville, SC 29602-1448 |
| 5113890 | ++ | UVA COMMUNITY CREDIT UNION, 3300 BERKMAR DRIVE, CHARLOTTESVILLE VA 22901-1491 address filed with court:, UVA COMMUNITY CREDIT UNION, 3300 BERKMAR DRIVE, CHARLOTTESVILLE, VA 22901 |
| 5087468 | + | University Of Va Commu, 3300 Berkmar Dr, Charlottesville, VA 22901-1491 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bkfilings@zwickerpc.com | Jan 11 2023 21:10:00 | American Express National Bank c/o Zwicker & Assoc, 80 Minuteman Road, P.O. Box 9043, Andover, MA 01810-0943 |
| 5088399 | + | EDI: AISACG.COM | Jan 12 2023 02:14:00 | AIS Portfolio Services, LLC, Attn: Ally Financial Dept, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5088396 | + | Email/Text: bkfilings@zwickerpc.com | Jan 11 2023 21:10:00 | American Express National Bank, AENB, c/o Zwicker & Associates, P.C., Attorneys/Agents for Creditor, P.O. Box 9043, Andover, MA 01810-0943 |
| 5087448 | + | Email/PDF: bncnotices@becket-lee.com | Jan 11 2023 21:15:55 | Amex, Po Box 297871, Fort Lauderdale, FL 33329-7871 |
| 5087449 | + | EDI: BANKAMER.COM | Jan 12 2023 02:14:00 | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 5087455 | | Email/Text: bankruptcy@credcontrol.com | Jan 11 2023 21:10:00 | Credit Control Corp, 11821 Rock Landing Dr, Newport News, VA 23606 |
| 5087450 | + | EDI: CAPITALONE.COM | Jan 12 2023 02:14:00 | Cap1/Wmt, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 5087451 | + | EDI: CAPITALONE.COM | Jan 12 2023 02:14:00 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 5101979 | | EDI: CAPITALONE.COM | Jan 12 2023 02:14:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5087452 | + | Email/Text: compliance@contractcallers.com | Jan 11 2023 21:10:00 | Cci, 501 Green St 3rd Fl, Suite 302, Augusta, GA 30901-4415 |
| 5101064 | | EDI: CITICORP.COM | | |

District/off: 0423-6                    User: admin                    Page 2 of 3
Date Rcvd: Jan 11, 2023                 Form ID: van02                  Total Noticed: 44

| | | | | |
|---|---|---|---|---|
| | | | Jan 12 2023 02:14:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 5087453 | + | EDI: CITICORP.COM | | |
| | | | Jan 12 2023 02:14:00 | Citicards Cbna, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 5087472 | | Email/PDF: DellBKNotifications@resurgent.com | | |
| | | | Jan 11 2023 21:15:52 | Webbank/Dfs, 1 Dell Way, Round Rock, TX 78682 |
| 5087456 | + | EDI: DISCOVER.COM | | |
| | | | Jan 12 2023 02:14:00 | Discover Bank, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 5101321 | | EDI: DISCOVER.COM | | |
| | | | Jan 12 2023 02:14:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5102644 | | Email/Text: collecadminbankruptcy@fnni.com | | |
| | | | Jan 11 2023 21:10:00 | First National Bank Omaha, 1620 Dodge St Stop Code 3113, Omaha, NE 68197 |
| 5087458 | | Email/Text: collecadminbankruptcy@fnni.com | | |
| | | | Jan 11 2023 21:10:00 | Fnb Omaha, Po Box 3412, Omaha, NE 68103 |
| 5087457 | + | Email/Text: Mercury@ebn.phinsolutions.com | | |
| | | | Jan 11 2023 21:10:00 | Fb&T/Mercury, 2220 6th St, Brookings, SD 57006-2403 |
| 5087459 | | EDI: JPMORGANCHASE | | |
| | | | Jan 12 2023 02:14:00 | Jpmcb Card, Po Box 15369, Wilmington, DE 19850 |
| 5108893 | + | Email/Text: RASEBN@raslg.com | | |
| | | | Jan 11 2023 21:10:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5106344 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Jan 11 2023 21:15:52 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5114556 | + | Email/Text: bankruptcydpt@mcmcg.com | | |
| | | | Jan 11 2023 21:10:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5114372 | | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | | Jan 11 2023 21:10:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 5087460 | | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | | Jan 11 2023 21:10:00 | Pnc Bank, N.A., 1 Financial Pkwy, Kalamazoo, MI 49009 |
| 5087638 | + | EDI: RECOVERYCORP.COM | | |
| | | | Jan 12 2023 02:14:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5087461 | + | Email/Text: servicingnotification@primeres.com | | |
| | | | Jan 11 2023 21:10:00 | Primary Residential Mortgage, 1480 N 2200 W, Salt Lake City, UT 84116-4127 |
| 5111639 | | Email/Text: servicingnotification@primeres.com | | |
| | | | Jan 11 2023 21:10:00 | Primary Residential Mortgage, Inc., PO Box 1890, Centennial Park, AZ 86021-1890 |
| 5107502 | | EDI: Q3G.COM | | |
| | | | Jan 12 2023 02:14:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5087462 | + | EDI: RMSC.COM | | |
| | | | Jan 12 2023 02:14:00 | Synch/Amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 5087463 | + | EDI: RMSC.COM | | |
| | | | Jan 12 2023 02:14:00 | Syncb/Belk Dual Card, Po Box 965029, Orlando, FL 32896-5029 |
| 5087464 | + | EDI: RMSC.COM | | |
| | | | Jan 12 2023 02:14:00 | Syncb/Ebay, Po Box 965013, Orlando, FL 32896-5013 |
| 5087465 | + | EDI: RMSC.COM | | |
| | | | Jan 12 2023 02:14:00 | Syncb/Ppc, Po Box 530975, Orlando, FL 32896-0001 |
| 5087469 | | Email/Text: bknotice@upgrade.com | | |
| | | | Jan 11 2023 21:10:00 | Upgrade Inc, 275 Battery St Fl 23, San Francisco, CA 94111 |
| 5087470 | | EDI: USAA.COM | | |
| | | | Jan 12 2023 02:14:00 | Usaa Federal Savings B, Po Box 47504, San Antonio, TX 78265 |
| 5087471 | | EDI: USAA.COM | | |
| | | | Jan 12 2023 02:14:00 | Usaa Savings Bank, Po Box 47504, San Antonio, TX 78265 |

District/off: 0423-6                          User: admin                                Page 3 of 3
Date Rcvd: Jan 11, 2023                       Form ID: van02                             Total Noticed: 44
TOTAL: 35

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|----------|---------------|------------------|
| cr |  | Primary Residential Mortgage, Inc., |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 13, 2023                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 11, 2023 at the address(es) listed below:**

| Name | Email Address |
|------|---------------|
| B. Webb King | Webb.King@usdoj.gov |
| Daniel K. Eisenhauer | on behalf of Creditor Primary Residential Mortgage  Inc., ecfaccount@orlans.com, ANHSOrlans@InfoEx.com |
| Herbert L Beskin(82) | hbeskin@cvillech13.net  bss@cvillech13.net |
| Herbert L Beskin(82) | on behalf of Trustee Herbert L Beskin(82) hbeskin@cvillech13.net  bss@cvillech13.net |
| USTrustee | USTPRegion04.RN.ECF@usdoj.gov |
| William Harville | on behalf of Debtor Dennis Edward Kocik harvillebk@gmail.com 813@notices.nextchapterbk.com;harville.williamb115872@notify.bestcase.com |

TOTAL: 6